UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Beatrice Bailey,

Plaintiff,

vs.

St. Jude Medical, Inc.,

Defendant.

Case No. 00-1025 JRT/FLN

**ORDER**

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on January 8, 2001, on Plaintiff's Motion to Stay Proceedings Pending Ruling on MDL Application. Plaintiff was represented by Gregory Paulson. Defendant was represented by William R. Stoeri and James McConnell.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Stay Proceedings Pending Ruling on MDL Application [#9] is **DENIED** .

DATED: JAN 11, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED JAN 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK