UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Beatrice Bailey,

Plaintiff,

v. CIVIL 00-1025 (JRT/FLN)

St. Jude Medical, Inc.,

Defendant.

- - - - - - - - - - - - - - - - - - -

Bonnie L. Sliger,

Plaintiff,

v. CIVIL 00-2707 (DSD/JMM)

St. Jude Medical, Inc.,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER OF DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF RELATED CASE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No. 00-1025 having been assigned to Judge John R. Tunheim and Case No. 00-2707 having later been assigned to Judge David S. Doty, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-2707 be assigned to Judge John R. Tunheim and Chief Magistrate Judge Franklin L. Noel, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Order for Assignment of Cases dated May 28, 1998.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED: January 29, 2001.

Judge John R. Tunheim
United States District Court

DATED: January 29, 2001.

Judge David S. Doty
United States District Court

FILED JAN 3 0 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK