RECEIVED
BY MAIL
MAY 29 2001
CLERK US DIST COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

**District of Minnesota**

**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 00-1025 (MDL) **Case Title:** BAILEY VS. ST. JUDE MEDICAL

**Affidavit of Movant**

I, ________________, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice LARRY A. SEBASTIAN, an attorney admitted to practice in the SOUTHERN District of CALIFORNIA, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant BEATRICE BAILEY in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

Signature ____________ MN Attorney License # ____________ Date ____________

**Affidavit of Proposed Admittee**

I, LARRY A. SEBASTIAN, am currently a member in good standing of the U.S. District Court for the SOUTHERN District of CALIFORNIA, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

LARRY A. SEBASTIAN — Type/Print Name

[signature] — Signature

4-26-01 — Date

Attorney License Number: 195845 CA. STATE BAR

Law Firm Name & Address: CAPRETZ & ASSOCIATES
5000 BIRCH STREET, SUITE 2500
NEWPORT BEACH, CA 92660

Telephone: (949) 724-3000

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

MAY 29 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED MAY 29 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________