**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No: 06-3860

---

In re: St. Jude Medical, INC., SILZONE HEART VALVE PRODUCTS LIABILITY LITIGATION,

------------------------------

Lester Grovatt; Beatrice Bailey; Levy D. Redden; Bonnie L. Sliger; Joe W. Sanchez, on behalf of themselves and all others similarly situated,

Plaintiffs - Appellees

v.

St. Jude Medical, INC.,

Defendant - Appellant

------------------------------

Product Liability Advisory Council; Minnesota Chamber of Commerce,

not parties - Amici on behalf of Appellant

State of Minnesota; AARP,
Amici on Behalf of Appellee.

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:01-md-01396-JRT)

---

**CORRECTED JUDGMENT**

This judgment corrects the judgment of April 9, 2008, by modifying the caption to include “AARP” as an amicus on behalf of the appellee.

********************

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

April 10, 2008

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans