# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: ST. JUDE MEDICAL, INC. SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION | MDL No. 01-1396 (JRT) |

| | |
|---|---|
| BEATRICE BAILEY, <br><br> Plaintiff, <br><br> v. <br><br> ST. JUDE MEDICAL, INC., <br><br> Defendant. | MDL Case Specific No. 00-1025 (JRT) <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

James Capretz, **CAPRETZ & ASSOCIATES**, 500 Birch Street, Suite 2500, West Tower, Newport Beach, CA 92660, for plaintiff Bailey.

Bradley Betlach, **HALLELAND, LEWIS, NILAN & JOHNSON**, 400 One Financial Plaza, 120 South Sixth Street, Minneapolis, MN 55402, for defendant.

Pursuant to the parties fully executed Stipulation of Dismissal with Prejudice filed with this Court [Docket No. 572], **IT IS SO ORDERED** that this lawsuit is hereby **DISMISSED WITH PREJUDICE** and without costs or disbursement to any party.

DATED: January 14, 2010
at Minneapolis, Minnesota.

                                           s/ John R. Tunheim
                                             JOHN R. TUNHEIM
                                       United States District Judge